UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH E. ARMSTRONG,           )
                               )
            Plaintiff,         )
                               )
v.                             )    Civil Action No. 15-0440 (RJL)
                               )
AMTRAK, INC.,                  )
                               )    **FILED**
            Defendant.         )
                                    JUN 0 3 2015

                                    Clerk, U.S. District & Bankruptcy
                                    Courts for the District of Columbia

MEMORANDUM OPINION
(June ___, 2015) [Dkt. #10]

This matter is before the Court on defendant's Motion to Dismiss and/or for Summary Judgment [Dkt. #10]. Because a ruling on the motion potentially could have disposed of this case, the Court advised the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. Specifically, the Court advised the plaintiff that, if he did not respond to the Motion by May 22, 2015, the Court would treat the motion as conceded. To date, the plaintiff has neither filed an opposition to the Motion nor requested more time in which to do so. Accordingly, the Court will grant the defendant's Motion to Dismiss as conceded, and will deny its Motion for Summary Judgment without prejudice. An Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge